STATE OF MONTANA ex rel. WILLIAM W. McCLANAHAN, d/b/a J-T RANCHHOUSE, Petitioner, *v.* The DISTRICT COURT of the EIGHTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF CASCADE, and the HONORABLE TRUMAN G. BRADFORD, Judge Presiding, Defendants.

No. 11826.
Decided Feb. 17, 1970.
464 P.2d 940.

PER CURIAM:

Original proceeding.

Petitioner here seeks the issuance of a writ of supervisory control. Counsel was heard in oral argument ex parte and the cause taken under advisement.

The Court now being advised it is Ordered that the relief sought be denied and this proceeding is ordered dismissed.